1

2

3

4                        UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7   CARL A.R. HITLER,                      Case No. 20-cv-02573-WHO (PR)
    aka CARL RENOWITZKY,

8              Plaintiff,                   **ORDER OF DISMISSAL**

9          v.

10  UNITED STATES,

11             Defendant.

12

13        Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days

14  ago.  Accordingly, the action is DISMISSED (without prejudice) because plaintiff failed to

15  keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and

16  because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b).

17        Because this dismissal is without prejudice, plaintiff may move to reopen the action.

18  Any such motion must contain (i) a complaint on this Court's form; and (ii) a complete

19  application to proceed *in forma pauperis*, or full payment for the $400.00 filing fee.

20        The Clerk shall enter judgment in favor of defendant, and close the file.

21        **IT IS SO ORDERED.**

22  **Dated:**  August 17, 2020

23                                          

24                                          WILLIAM H. ORRICK
                                            United States District Judge
25

26

27

28

United States District Court
Northern District of California